

11092220
32.65

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
*(Use either Buffalo or Rochester address of Clerk's Office, based on where the case is venued)*

Re: (Case Name) Dennis A. Wallace / Kiare N. Wallace /Case # 07-03677
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $ 32.65 . I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

\_✓\_ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

\_\_\_\_ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant  Time Werner   Amount $ 32.65   Claims Register # 2

Claimant _____  Amount $_____  Claims Register #_____

Claimant _____  Amount $_____  Claims Register #_____

Claimant _____  Amount $_____  Claims Register #_____

\_\_\_\_\_TODD\_\_\_\_\_
Trustee Name